# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>　　　　Plaintiff,<br>v.<br><br>JAMES L. WALTON, in his individual and representative capacity as trustee of the James L. Walton and Maurita K. Walton Revocable Trust u/d/t May 5, 2003; MAURITA K. WALTON, in her individual and representative capacity as trustee of the James L. Walton and Maurita K. Walton Revocable Trust u/d/t May 5, 2003; PROFESSIONAL PAINT CENTER INC., a California Corporation; and Does 1-10,<br>　　　　Defendants. | Case: 4:16-CV-00568-KAW<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 5/2/16  　　　　　_/s/ Kandis Westmore_
　　　　　　　　　　　　HONORABLE KANDIS A. WESTMORE
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1